IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 2:18-cr-00135-JAD-GWF |
| Plaintiff, | ) |
| | ) ORDER TEMPORARILY |
| vs. | ) UNSEALING PROCEEDING |
| | ) |
| WENDOLEN LEONARD HOWARD, | ) |
| | ) |
| Defendant. | ) |

On February 28, 2020, this Court received a request from Amber McClane, Federal Official Court Reporter, for a transcript of the sealed Final Hearing re Revocation of Supervised Release held on February 24, 2020.

**IT IS THEREFORE ORDERED** that the reporter notes of said hearing shall be unsealed for the limited purpose of providing the transcript as requested by Lisa Cartier-Giroux, AUSA, and Allison Reese, AUSA. The original reporter notes shall thereafter be resealed, together with the certified copy of the transcript delivered to the Clerk pursuant to 28 U.S.C. § 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that Amber McClane, Federal Official Court Reporter, shall not disclose the contents of the transcript of the sealed proceeding to anyone other than the parties or representatives of the parties directly concerned with this case.

**DATED** this 28th day of February, 2020.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT COURT JUDGE